SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**STEVEN S. CHAMBERLIN, TSB #24095296**
Assistant United States Attorney
Steven.Chamberlin@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1070
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-mj-00190** |
| **v.** | **MOTION TO DISMISS COMPLAINT AND ARREST WARRANT** |
| **REYNALDA HERRERA HUERTA,** | |
| **Defendant.** | |

The United States of America moves this court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss the complaint and arrest warrant in the above captioned case filed on July 17, 2026, in the best interests of justice as defendant Reynalda Herrera Huerta will be deported from the United States.

Dated: August 3, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Steven S. Chamberlin*
STEVEN S. CHAMBERLIN TSB #24095296
Assistant United States Attorney

**Motion to Dismiss Complaint and Arrest Warrant**                    **Page 1**